IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATHER THORNTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>NOACK LAW FIRM, PLLC<br><br>　　　Defendants, | Civil Action No.: **1:22-CV-01207** |

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

**TO THE HONORABLE JUDGE ALLEN D. ALBRIGHT:**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), HEATHER THORNTON ("Plaintiff") hereby moves for leave to file her *First Amended Complaint*, attached as **Exhibit A.** In support of her motion, Plaintiff would respectfully show the Court as follows:

### I.　　INTRODUCTION

On May 5, 2022, Plaintiff filed her *Original Petition* against Noack Law Firm, PLLC, in the Travis County, Texas Justice Court, Precinct 1 Place 1, case no.: J1-CV-22-001722 (the "Original Case"). On November 16, 2022, NOACK LAW FIRM, PLLC ("Noack") filed its Notice of Removal for the Original Case.

Plaintiff seeks to file her *First Amended Complaint* to supplement and amend the factual allegations of the Original Case, as a result of new information that came to light during discovery. Additionally, Plaintiff seeks to add Defendant ACCELERATED INVENTORY MANAGEMENT, LLC ("Accelerated"), whom through discovery was identified as pertinent to this matter. The Defendant Noack is opposes this motion.

## II. LEGAL STANDARD

Rule 15(a) of the Federal Rules of Civil Procedure instructs that "leave [to amend] shall be freely given when justice so requires." To wit, motions to amend "ordinarily should be granted absent some justification for refusal" *Whitley v. Hanna*, 726 F.3d 631, 648 (5th Cir. 2013) (citation omitted).

Motions for leave should not be denied unless there is undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed or undue prejudice to the opposing party by virtue of the allowance of the amendment. See *Whitley v. Hanna,* 726 F.3d 631, 648 (5th Cir. 2013) (citation omitted).

## III. ARGUMENTS

On November 16, 2022, Defendant Noack removed Plaintiff's *Original Petition* from the Original Case to the Western District of Texas, Austin Division. On August 25, 2023, the Court issued its Scheduling Order which provides that "All motions to amend pleadings or to add parties shall be filed on or before [November 15, 2023]." On September 22, 2023, Plaintiff moved to file its *First Amended Complaint* with the Court. Therefore, the deadline to file a motion for leave has not passed.

Additionally, this is Plaintiff's first attempt to amend her complaint and there has been no undue delay in seeking to clarify what duties the Fair Debt Collection Practices Act ("FDCPA") imposed on Defendant Noack. Recently, Plaintiff's counsel obtained documents and information which clarified the extent of Defendant Noack's violations of the FDCPA and demonstrated that Defendant Accelerated is also in violation of the FDCPA in the same nucleus of operative facts giving rise to Plaintiff's claim against Defendant Noack. As such, this necessitates an amendment to alert the Court thoroughly and adequately to evidence being obtained during

discovery. This amendment is being sought to clarify the record and factual allegations because of new information obtained during the discovery process.

Therefore, Plaintiff requests that this Court grant Plaintiff's Motion for Leave to file her *First Amended Complaint* as this motion is brought to make a more accurate record and not brought to delay the matter, nor is it brought in bad faith.

## IV.   PRAYER

**WHEREFORE,** the Plaintiff prays that this Court grants Plaintiff's Motion for Leave to amend her complaint so that justice may be done.

DATED: September 27, 2023                                              Respectfully Submitted,

**JAFFER & ASSOCIATES PLLC**

 /**s**/ *Shawn Jaffer*
**Shawn Jaffer**
Bar No.: 24107817
5757 Alpha Road Suite 580
Dallas, Texas 75240
T: (214) 494-1871
F: (888) 530-3910
E-mail: wdtx@jaffer.law
**Attorneys for Plaintiff**

## **CERTIFICATE OF CONFERENCE**

On the 25th day of September 2023, the undersigned counsel conferred with counsel for Defendant Noack Law Firm, PLLC, Kieth Weir concerning the relief sought in this pleading, and was advised that opposing counsel opposed the addition of Defendant Accelerated Inventory Management, LLC as a party to this lawsuit.

*/s/ Shawn Jaffer*
Shawn Jaffer

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, a true and correct copy of the foregoing document has been filed on CM/ECF and which will automatically be served upon all parties of record.

*/s/ Shawn Jaffer*
Shawn Jaffer