IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATHER THORNTON,<br>　　　　Plaintiff,<br><br>v.<br><br>NOACK LAW FIRM, PLLC,<br>　　　　Defendants. | Case No. 1:22-cv-01207 |

**ORDER DISMISSING WITH PREJUDICE**

Plaintiff Heather Thornton and Defendant NOACK Law Firm, PLLC., have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 24), it is hereby **ORDERED** that all claims against each other in Plaintiff's causes of action against Defendant NOACK Law Firm, PLLC., are **DISMISSED WITH PREJUDICE**, to the refiling of the same, with court costs and attorneys' fees to be paid by the party incurring the same.

**SIGNED** this 6th day of September 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE